No. 03–7989. CONWAY v. CALIFORNIA TRUST DEEDS, INC. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 03–7990. RUNELS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7991. MARTIN v. NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES ET AL. Sup. Ct. Neb. Certiorari denied.

No. 03–7993. BARTON v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8001. BROOKS v. LUOMA, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8003. HIGHSMITH v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 03–8004. HINES v. CRISCI ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–8006. BILLS v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8007. ENGLISH v. BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8008. CORNELIUS v. SZCZECKO ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8011. OLDS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 03–8013. WILLIAMS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8014. THOMLEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–8015. VIVONE v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.